DOREEN GEE, on behalf of herself and a class )
of all others similarly situated, )
)
            Plaintiffs, )
)
v. )      No. 1:03-CV-147
)
UNUMPROVIDENT CORPOARTION, )
J. HAROLD CHANGLER, ROBERT C. )
GREVING, THOMAS R. WATJEN, )
WILLIAM L. ARMSTRONG, RONALD E. )
GOLDSBERRY, HUGH O. MACLELLAN, JR., )
A.S. MACMILLAN, JR., GEORGE J. MITCHELL,)
JAMES L. MOODY, JR., CYNTHIA A. )
MOTGOMERY, C. WILLIAM POLLARD, )
LAWRENCE R. PUGH, LOIS D. RICE, )
JOHN W. ROWE, BURTON E. SORENSEN, )
LINDA A. LEVESQUE, BENEFIT FINANCE )
COMMITTEE, and UNKNOWN FIDUCIARY )
DEFENDANTS 1-100, )
)
            Defendants. )

---

BONNIE SCANLON, on behalf of herself, himself )
and a class of all others similarly situated, )
)
            Plaintiff, )
)
v. )      No. 1:03-CV-176
)
UNUMPROVIDENT CORPOARTION, )
J. HAROLD CHANGLER, ROBERT C. )
GREVING, THOMAS R. WATJEN, )
WILLIAM L. ARMSTRONG, RONALD E. )
GOLDSBERRY, HUGH O. MACLELLAN, JR., )
A.S. MACMILLAN, JR., GEORGE J. MITCHELL,)
JAMES L. MOODY, JR., CYNTHIA A. )
MOTGOMERY, C. WILLIAM POLLARD, )
LAWRENCE R. PUGH, LOIS D. RICE, )
JOHN W. ROWE, BURTON E. SORENSEN, )

LINDA A. LEVESQUE, BENEFIT FINANCE      )
COMMITTEE, and UNKNOWN FIDUCIARY      )
DEFENDANTS 1-100,

## O R D E R

This matter came before the undersigned pursuant to 28 U.S.C. § 636(b) and the

Rules of this Court on the Motion For Admission Pro Hac Vice of Attorney Katherine B.

Bornstein.  [Docs. 72 and 54].  It appearing that attorney Bornstein is a member in good standing

of the United States District Court for the Eastern District of Pennsylvania, and there is no

objection filed by the defendant, the motions [Docs. 72 and 54] are **GRANTED.**

**IT IS SO ORDERED.**

ENTER:


___s/ C. Clifford Shirley, Jr.___
United States Magistrate Judge

2