**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA**

| | |
|---|---|
| DOREEN GEE, et al., | ) Lead Case No. 1:03-CV-147 |
| | ) |
| Plaintiffs, | ) CLASS ACTION |
| | ) |
| v. | ) MDL Case No. 1:03-md-1552 |
| | ) |
| UNUMPROVIDENT CORPORATION, et al., | ) JUDGE CURTIS L. COLLIER |
| | ) |
| | ) MAGISTRATE JUDGE CLIFFORD SHIRLEY |
| Defendants. | ) |

## ORDER

Having considered Plaintiffs' Motion to Modify Briefing Schedule on Motion for Class Certification, and based upon Plaintiffs' representation that the proposed modification will not prejudice the expeditious prosecution of this action, the Court **GRANTS** the motion. The briefing schedule shall be modified as follows:

Plaintiffs shall file their reply in support of their motion for class certification on or before **July 28, 2005**.

**SO ORDERED**

**ENTER:**

_s/ C. Clifford Shirley, Jr._
United States Magistrate Judge
_____
**C. CLIFFORD SHIRLEY, JR.
UNITED STATES MAGISTRATE JUDGE**